UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 12-20304-CR-MARTINEZ**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JESUS VALDES,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation regarding Criminal Justice Act Voucher FLS 13 1740 issued by United States Magistrate Judge Barry L. Garber, on October 16, 2013 **(D.E.#53),** recommends to this Court, that CJA Voucher #FLS 13 1740 be Granted and that Manuel Gonzalez, Jr., Esquire be paid a total sum of **$12,392.37.** The parties were afforded the opportunity to file objections to the Report and Recommendation. Counsel filed a Notice to Court of No Objections to the Report and Recommendation of October 16, 2013. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Barry L. Garber's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of October, 2013.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Garber
Manuel Gonzalez, Jr., Esq
Lucy Lara, CJA Administrator